IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CLEON ELROY DILLARD, SR., | ) | |
| Plaintiff, | ) ) | Civil Action No. 7:22cv00254 |
| v. | ) ) | **MEMORANDUM OPINION** |
| JOSHUA SALMON, *et al.*, | ) ) ) | By:   Hon. Thomas T. Cullen United States District Judge |
| Defendants. | ) | |

Plaintiff Cleon Elroy Dillard, Sr., a former inmate proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. After filing the action, Dillard advised the court that he had been released from incarceration. (*See* ECF No. 13.) By order entered July 6, 2022, the court advised Dillard that, because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 14.) The court ordered Dillard to pay the balance of the filing fee or otherwise respond to the Order within 10 days. (*Id.*) The court warned Dillard that failure to pay the filing fee or otherwise respond to the Order would result in immediate dismissal of the action without prejudice. (*Id.*) Dillard did not respond to the court's Order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

The Clerk is directed to forward copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTERED** this 28th day of July, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE